IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 233P12 | State v. Montrez Benjamin Williams | 1. Def's NOA Based Upon a Constitutional Question (COA11-1496) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Dismissed |
| | | 3. Def's Motion to Deem NOA and PDR Timely Filed | 3. Denied |
| | | 4. Def's PWC to Review Decision of COA | 4. Denied |
| 234P12 | State v. Titus Lamont Batts | Def's *Pro Se* Motion for PDR (COAP12-418) | Dismissed |
| 240P12 | State v. Curtis Eugene Wilds | Def's *Pro Se* PWC to Review Order of COA (COAP12-377) | Dismissed **Edmunds, J., Recused** |
| 242P12 | Massie Horsley and Denny Horsley v. Halifax Regional Medical Center, Inc. | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1443) | Denied |
| 244P12 | Heidi Dawn Trivett v. Ruby W. Stine, Administratrix of the Estate of Lorrie Ann Zook, and Christine Owen, Administratrix of the Estate of Christopher W. Rawlings, Jr. | Plt's PDR Under N.C.G.S. § 7A-31 | Denied |
| 245P12 | State v. Jerome Demond Wright | 1. Def's NOA Based Upon a Constitutional Question (COA11-841) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 246P12 | In the Matter of: Appeal of: David H. Murdock Research Institute (DHMRI) from the Decision by the Cabarrus County Board of Equalization and Review Denying the Application for Property Tax Exemption for Certain Property for Tax Year 2008 | Def's (Cabarrus County) PDR Under N.C.G.S. § 7A-31 (COA11-1480) | Denied |